IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACT. NO.  1:11CV402-WHA-CSC |
| | ) |
| CIVILIAN CLAIMS DISABILITY, | ) |
| | ) |
|    Defendant. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On May 26, 2011, the *pro se* plaintiff filed a complaint and motion for leave to proceed *in forma pauperis*. (Docs. # 1 & 2).  On June 17, 2011, the court ordered the plaintiff to submit the $350 filing fee to the Clerk of Court.  (Doc. # 6).  The plaintiff was specifically advised that her failure to comply with this court's order would result in a Recommendation that this case be dismissed.  The plaintiff has not paid the $350.00 filing fee.  Consequently, based on the plaintiff's failure to comply with this court's order to pay the full filing fee, the court concludes that the plaintiff has abandoned her claims.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the plaintiff's complaint be dismissed.  It is further

ORDERED that the parties shall file any objections to the said Recommendation **on or before August 9, 2011.**  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that

this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 26th day of July, 2011.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE