IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,          )
                              )
          Plaintiff,          )
                              )
vs.                           )    CIVIL ACTION NO. 1:11cv402-WHA
                              )
CIVILIAN CLAIMS DISABILITY,   )            (WO)
                              )
          Defendant.          )

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #9), and Doc. #10, headed "Appealing July 26, 2011 Decision", which the court treats as an objection to the Magistrate Judge's Recommendation. The Plaintiff states no basis for her objection and, following a *de novo* review and independent evaluation of this file, the court finds none. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Complaint is DISMISSED for failure to file the required filing fee.

DONE this 8th day of August, 2011.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE