IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:11cv402-WHA |
| | ) | |
| CIVILIAN CLAIMS DISABILITY, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED for failure to pay the required filing fee.

DONE this 8th day of August, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE